JULIA LEVIN, PLAINTIFF-RESPONDENT, v. RICHLEE DYEING AND FINISHING COMPANY, INC., *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Rubenstein, Albert & Loukedis* and *Mr. Allan M. Harris* for the petitioners.

*Mr. A. Robert Rothbard* for the respondent.

September 15, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MAILYOR ANDREWS, DEFENDANT-PETITIONER.

See same case below 105 *N. J. Super.* 62.

*Mr. Stanley C. VanNess* and *Mrs. Marcia R. Richman* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

September 15, 1969. Granted.

GEZA DE VEGH, IND., *ETC.*, PLAINTIFF-PETITIONER, v. BOROUGH OF NEW SHREWSBURY, DEFENDANT-RESPONDENT.

*Messrs. Toolan, Romond & Burgess* and *Mr. Frederick E. Popovitch* for the petitioners.

*Messrs. Reussille, Cornwell, Mausner & Carotenuto* and *Mr. Martin M. Barger* for the respondent.

September 15, 1969. Denied.